IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOSEPH GIBBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STANISLAUS COMMUNITY ASSISTANCE ) <br> PROJECT, ) <br> ) <br> Defendant.* ) <br> _____ ) | 2:12-cv-01041-GEB-GGH <br><br> ORDER CONTINUING STATUS <br> (PRETRIAL SCHEDULING) <br> CONFERENCE |

        The parties filed separate Status Reports on September 17, 2012 and September 18, 2012, in which they each indicate that they intend to file a stipulation dismissing Plaintiff's ERISA claim and requesting the remaining state claims be remanded to the Superior Court of California for the County of Stanislaus.

        These representations indicate the case should not be scheduled at this time. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on October 1, 2012, is continued to October 29, 2012, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

        Further, since Plaintiff has not justified Doe defendants remaining in this action, Does 1-100 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed April 20, 2012, at 2 n.2

---

    *    The caption has been amended according to the dismissal of Doe defendants portion of this order.

1

1  (indicating that if justification for "Doe" defendant allegations not
2  provided Doe defendants would be dismissed).
3       IT IS SO ORDERED.
4  Dated:  September 20, 2012

```
                          _____
                          GARLAND E. BURRELL, JR.
                          Senior United States District Judge
```