IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
WILLIAMS JOSEPH GIBBS,           )
                                 )   2:12-cv-01041-GEB-GGH
          Plaintiff,             )
                                 )
     v.                          )   REMAND ORDER
                                 )
STANISLAUS COMMUNITY ASSISTANCE  )
PROJECT, and DOES 1-100,         )
inclusive,                       )
                                 )
          Defendants.            )
_____)
```

On October 15, 2012, the parties filed a stipulation in which they dismiss without prejudice Plaintiff's ERISA claim under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and state each side bears its own costs and attorney's fees. (ECF No. 15.) The parties also agree in the stipulation to entry of an order remanding the remaining state claims to state court.

In light of the parties' dismissal of Plaintiff's ERISA claim, and since the values of "judicial economy, convenience, fairness, and comity" weigh in favor of declining to continue to exercise jurisdiction over Plaintiff's remaining state claims, this case is remanded to the Superior Court of the State of California, County of Stanislaus.

<u>Nishimoto v. Federman-Bachrach & Ass'n</u>, 903 F.2d 709, 715 (9th Cir. 1990)(citation and internal quotation marks omitted).

Dated:  October 24, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge